**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC, ) | |
| ) | No. 21-cv-00346 |
| Plaintiff, ) | |
| ) | Judge John F. Kness |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, PARTNERSHIPS ) | |
| AND UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT ORDER**

IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiff THOSE CHARACTERS FROM CLEVELAND, LLC. and against all defendants identified in the attached Amended Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the THOSE CHARACTERS FROM CLEVELAND, LLC. trademark registration Nos. 4,7875,19; 5,8749,43; 3,336,078; 4,602,800; 1,270,509; 1,773,296; 3,767,824; 1,773,296; 1,294,343 and 1,780,477 and U.S. Copyright Reg. Nos. VA 1-824-810 and VA 1-982-408 (the "CARE BEARS Trademarks and Copyrights") or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine CARE BEARS Product

or is not authorized by Plaintiff to be sold in connection with the CARE BEARS Trademarks and Copyrights;

   b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine CARE BEARS Product or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the CARE BEARS Trademarks and Copyrights;

   c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

   d.  further infringing the CARE BEARS Trademarks and Copyrights and damaging Plaintiff's goodwill;

   e.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the CARE BEARS Trademarks and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof;

   f.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts that are being used to sell or are the means by which Defaulting Defendants could continue to sell Counterfeit or Infringing Products; and

   g.  operating and/or hosting websites operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the CARE BEARS Trademarks and Copyrights or any reproduction, counterfeit copies or colorable imitations thereof that are not a genuine CARE BEARS Product or are not authorized by Plaintiff to be sold in connection with the CARE BEARS Trademarks or Copyrights.

2. Under 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 504(c), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit CARE BEARS Trademarks and Copyrights in connection with products sold through at least the Defendant Internet Stores.

3. Aliexpress and Alipay shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

4. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Aliexpress and Alipay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Aliexpress and Alipay are ordered to release to Plaintiff the amounts from Defaulting Defendants' Aliexpress and Alipay accounts within ten (10) business days of receipt of this Order.

5. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Aliexpress and Alipay if any new Aliexpress and Alipay accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Aliexpress and Alipay shall:

    a. Within five (5) business days of receipt of this Order, locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Aliexpress and Alipay accounts;

    b. Within five (5) business days of receipt of this Order, restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Within ten (10) business days of receipt of this Order, release all monies restrained in Defaulting Defendants' Aliexpress and Alipay accounts to Plaintiff as partial payment of the above-identified damages.

6. Amazon shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, identified in Amended Schedule A, from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Amazon, are hereby released to Plaintiff as partial payment of the above-identified damages, and Amazon is ordered to release to Plaintiff the amounts from Defaulting Defendants' Amazon accounts within ten (10) business days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Amazon if any new Amazon accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Amazon shall:

a. Within five (5) business days of receipt of this Order, locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Amazon accounts;

b. Within five (5) business days of receipt of this Order, restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Within ten (10) business days of receipt of this Order, release all monies restrained in Defaulting Defendants' Amazon accounts to Plaintiff as partial payment of the above-identified damages.

9. If Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 1 to the Declaration of Sean Gorman and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to counsel of record for Plaintiff, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. at Three First National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602.

This is a Final Judgment.

SO ORDERED in No. 21-cv-00346.

Date: August 11, 2021

JOHN F. KNESS
United States District Judge

**AMENDED SCHEDULE A**

| Doe | Seller Name |
|---|---|
| 1 | AnQiuShiGuoMingYanJing |
| 1 | AnQiuShiGuoMingYanJing |
| 2 | BinZhouShiYuXinShangMaoYouXianGongSi |
| 3 | Charlie Gifts Shop |
| 5 | Dawn M Waite |
| 6 | dongguanshishancandian |
| 7 | Ella V Audette |
| 8 | ewvyw |
| 9 | Fat Tiger baby |
| 11 | guangzhouxianpingshangmaoyouxiangongsi quan |
| 12 | GuangZhouZeTianShangMaoBu |
| 13 | HangZhouPingHangZaiShengZiYuanYouXianGongSi |
| 14 | jysdzse |
| 15 | Kghsdydgy |
| 16 | Larry O Johns |
| 17 | longyanhongruxuanshangmaoyouxiangongsi |
| 18 | luoheshiyuanhuiquduanjunmingbaihuodian |
| 19 | luoheshiyuanhuiqulihailibaihuodianDU |
| 20 | Marig Ster |
| 21 | New Summer |
| 22 | Noe F Brown |
| 23 | Principalet |
| 23 | Principalet |
| 24 | qingbaijiangqubengpeichongwujinjingyingbu |
| 25 | shantoushichenghaiquhualewanjuyouxiangongsi |
| 26 | Shanxi Feisai Trading Co., Ltd. |
| 27 | shihengruikejiyouxiangongsi |
| 28 | surveilleo |
| 29 | tangxianzhengfengfeipinshougouzha quan |
| 30 | TInaketye |
| 31 | Tisha Reveiro |
| 32 | titaigeyang rong |
| 33 | TwYeeker CYAN |
| 34 | xianyangshiweichengquwujiafangbaihuodian |
| 35 | yutao summer |
| 36 | ZheJiangXinHangJianSheGongChengYouXianGongSi |
| 37 | 1NiceGift |
| 38 | Aerospa |
| 39 | Anna Kita |
| 40 | Artistic conception |
| 41 | Bamamoop |

| | |
|---|---|
| 42 | BaoDingTuanCuiShangMaoYouXianGongSi |
| 43 | Belieber |
| 44 | Benjorn |
| 45 | biolptay |
| 46 | BIXIXN |
| 47 | BLUCON |
| 48 | BYE1 |
| 50 | CarLining |
| 51 | change yourself |
| 52 | Chaqian Clothing |
| 53 | Chengdu Liyao |
| 54 | chenzhoushibeihuquyuzukangzuyuyangshengguan |
| 55 | ChongYangXianHuiDouBaiHuoDian |
| 56 | ChongYangXianXiaoWoBaiHuoDian |
| 57 | Constantiny Run |
| 58 | Coronav |
| 59 | cuishan |
| 60 | daxiongdeihao |
| 60 | daxiongdeihao |
| 60 | daxiongdeihao |
| 62 | Deaoaily |
| 64 | Diann A Decker |
| 65 | DIEU HANG |
| 66 | Diqing Prefecture Future Vocational Skills Training Station |
| 67 | EAPOOOT CYAN |
| 68 | Egg victory |
| 70 | Eugene L Colunga |
| 71 | fanchangxianxinggongdengjudian |
| 72 | Favorite shopping choice |
| 73 | ffcheer |
| 75 | gao rongdfef |
| 76 | Getrichgo |
| 79 | Glenn Isidore |
| 80 | Gloable-Good |
| 82 | Gufamily Information Technology Co Limited |
| 83 | guo shengbinfdsfewrtr |
| 84 | gusjwo |
| 85 | HeiLongJiangShengJiaSuJiQingShangMaoYouXianGongSi |
| 86 | hibeijing |
| 87 | HSQ108336 |
| 88 | HTGHUJI |
| 89 | huizhilidianzikeji |
| 90 | HZAOLI |
| 91 | Jacinta |
| 92 | Jeki Coris |

| | |
|---|---|
| 93 | Jiah CM Center |
| 94 | Jiasongfeng |
| 96 | jingshengjiuye |
| 97 | jingtaixianhanchengyangzhizhuanyehezuoshe |
| 98 | Jizhi Duwei Trading Company |
| 99 | Juan M Artis |
| 100 | Karin Turberville |
| 101 | KB-Custom |
| 102 | kunimihiro |
| 103 | kunmingzhidijiaoyuxinxizixunyouxianzerengongsi |
| 104 | Kyle Carter |
| 105 | LaLaHoo |
| 107 | Larersa |
| 108 | lianhuquhuayinmeishangmaodian |
| 109 | Lightning axe |
| 110 | LIJAFU |
| 111 | liutingtingmei |
| 112 | Loteacarez |
| 113 | Louise D Jordan |
| 114 | LuggeFirm |
| 115 | LYLOVE |
| 116 | LYNAY |
| 117 | Mary G Ross |
| 118 | men0842 |
| 119 | Merry Christmas studio |
| 120 | Mitinya-u |
| 122 | Mydoon Co,Ltd |
| 123 | NanShiZhan |
| 124 | Never night sky |
| 125 | neysaovuw |
| 126 | ngangquba |
| 127 | njiezhujiafy |
| 128 | Oncidiumli |
| 129 | Oncludy |
| 130 | Onlyhu |
| 131 | Otto.Gay |
| 132 | PANDQUKE |
| 133 | QingDaoFenYuanShangMaoYouXianGongSi |
| 134 | Qingtongyou Trading |
| 135 | QinhahjDaily |
| 136 | Quennall |
| 136 | Quennall |
| 137 | Rafael E Wentz |
| 138 | RENSBIN |
| 139 | Ronnie A Dillion |

| | |
|---|---|
| 140 | RuiChengXianShangZhaoBaiHuoDian-Shang ZhaoFeng |
| 141 | sai ou fu shi chao shi |
| 142 | SDsunjing |
| 143 | Seaweed Cake |
| 145 | SEHAIKO |
| 146 | Seriously21 |
| 147 | shengdongshangmao |
| 148 | Shenzhen Dixianya Underwear Trading Co., Ltd. |
| 149 | shenzhenshikaipingwangzhuangshiyouxiangongsi |
| 150 | Shibellili |
| 152 | ShuangShiYi |
| 153 | Skyrimlg |
| 154 | SLAFDHSUEY |
| 155 | SongMuYeYouXianGongSi |
| 156 | ssdaffpoadf |
| 157 | sunchaoren |
| 158 | Sunny Freesia |
| 159 | suyuqushimenglingqianyiluyibaihuodian |
| 162 | therteaunkhge |
| 163 | TongChengMinLanBaiHuoDian |
| 164 | vernell Jenkins |
| 165 | WaMiShanDongWenWE |
| 166 | wangnan0581 |
| 167 | wuyangxianpianhebaihuodian |
| 168 | WUYUJIPU |
| 169 | XiaMenShiHongYunXiangTongShangMaoYouXianGongSi |
| 171 | xinqiings |
| 173 | XuZhouuanMuYeYouXianGongSi |
| 174 | Yeahidel |
| 176 | yitongmanzuzizhixianyitongzhenhexuanriyongdengjudi |
| 177 | yitongmanzuzizhixianyitongzhenshunqiaowujindian |
| 178 | YKML |
| 179 | YUNAGOWM |
| 180 | Yunnan Yiya Cleaning Service Co., Ltd |
| 181 | yunzhizhaoming |
| 182 | zhanghaigang19860 |
| 183 | Zhangzh |
| 184 | zheng supingmng |
| 185 | Zhuo Lijuan |
| 186 | ZLIrene |
| 187 | Zouchengshiqinghuanbaihuopifashanghang |
| 188 | ZXM5D8C1X |
| 189 | 北京中油协工程 |
| 190 | SanyeL Global Store |

| | |
|---|---|
| 191 | Shop910906033 Store |
| 192 | soultofashion |
| 193 | SQ Baby Tops Store |